UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR118-039 |
| | ) | |
| JAMES COOPER | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Henry Nelson Crane, III** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Henry Nelson Crane, III** be granted leave of absence for the following periods: **October 9, 2018 through October 15, 2018.**

This 20th day of September, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA